95–1069. Montpelier Pub. Library Bd. of Trustees v. Williams Cty. Budget Comm. Board of Tax Appeals, Nos. 89–G–811, 90–G–1365 and 91–G–1562. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellee Montpelier Public Library Board of Trustees' request for permission to participate in oral argument before the Master Commissioner on February 1, 1996,

IT IS ORDERED by the court that the request for permission to participate in oral argument be, and hereby is, granted, effective January 23, 1996.

## DISCIPLINARY DOCKET

94–497. Cincinnati Bar Assn. v. Clark. This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Thomas H. Clark.

The court coming now to consider its order of December 14, 1994, suspending respondent, Thomas H. Clark, Attorney Registration No. 0009206, last known address in Cincinnati, Ohio, from the practice of law in Ohio for two years with one year suspended, pursuant to Gov.Bar R. V(6)(B)(3), finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that Thomas H. Clark be, and hereby is, reinstated to the practice of law in the state of Ohio, effective January 22, 1996.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov. Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Cincinnati Bar Assn. v. Clark* (1994), 71 Ohio St.3d 145, 642 N.E.2d 611.

95–837. Disciplinary Counsel v. Greene. This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Christopher L. Greene.

The court coming now to consider its order of November 1, 1995, suspending respondent, Christopher L. Greene, Attorney Registration No. 0042402, last known address in Mayfield Heights, Ohio, from the practice of law in Ohio for one year pursuant to Gov. Bar R. V(6)(B)(3), with ten months stayed on the condition that during the one-year period no disciplinary complaints against respondent are certified to the Board of Commissioners on Grievances and Discipline by a probable cause panel, finds that respondent has substantially complied with that order and with the provisions of Gov. Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that Christopher L. Greene be, and hereby is, reinstated to the practice of law in the state of Ohio, effective January 22, 1996.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov. Bar R. V(8)(D)(1), that publication be made as provided for in Gov. Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Greene* (1995), 74 Ohio St.3d 13, 655 N.E.2d 1299.

## MISCELLANEOUS DISMISSALS